FLORENCE J. COWLES, Respondent, *v.* EDWARD S. COWLES, Appellant.

*Appeal — unanimous affirmance — appeal without permission dismissed.*

*Cowles* v. *Cowles,* 203 App. Div. 405, appeal dismissed.

(Argued February 27, 1923; decided March 6, 1923.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 17, 1922, unani-

mously affirming a judgment in favor of plaintiff entered upon a verdict directed by the court.

The motion was made upon the ground that no appeal lay as matter of right to the Court of Appeals and that permission to appeal had not been obtained.

*Isaac B. Halpern* for motion.

*Alfred L. Becker* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.